IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHEVRON INTELLECTUAL
PROPERTY LLC; CHEVRON USA INC.                                   PLAINTIFFS

V.                                  4:10CV1079 JMM

BRITT RAMSEY d/b/a
Britt's Auto Repair                                                        DEFENDANT

## ORDER

Plaintiffs filed the Complaint in this case on July 27, 2010 and the Affidavit of Service of the Complaint on September 17, 2010.  There has been no further action in the case.

Plaintiffs have fourteen (14) days to notify the Court as to whether they will continue to prosecute the case.  If Plaintiffs fail to notify the Court within 14 days of this Order, the case will be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).  *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

IT IS SO ORDERED this 23rd day of August, 2012.

_____
James M. Moody
United States District Judge