## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CHEVRON INTELLECTUAL PROPERTY LLC                    PLAINTIFF
and CHEVRON U.S.A. INC

VS.                              NO. 4:10CV01079

BRITT RAMSEY D/B/A BRITT'S AUTO REPAIR                    DEFENDANT

### ORDER

Having been notified by counsel that this case has settled, the case is hereby dismissed

with prejudice.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 4th day of September, 2012.


_____

James M. Moody
United States District Judge